# UNITED STATES DISTRICT COURT FOR
# DISTRICT OF MINNESOTA

| | |
|---|---|
| MORELOS BAKERY LLC, on behalf of themselves all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., CARGILL, INC., MICHIGAN SUGAR COMPANY, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>  Defendants. | Case No. 0:24-cv-00966-JMB-ECW |
| UP AT 4, INC. d/b/a GREAT HARVEST BREAD CO. (DULUTH, MN), individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., DOMINO FOODS, INC., UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, MICHIGAN SUGAR COMPANY, CARGILL, INC., COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>  Defendants. | Case No. 0:24-cv-00970-JMB-ECW |
| QUARTERBACK CLUB and GLADYS' RESTAURANT, LLC d/b/a GLADYS', a Mississippi corporation, individually and on behalf of all others similarly situated, | Case No. 0:24-cv-01017-JMB-ECW |

Plaintiff,

v.

ASR GROUP INTERNATIONAL, INC.,
AMERICAN SUGAR REFINING, INC.,
DOMINO FOODS, INC., UNITED
SUGAR PRODUCERS & REFINERS
COOPERATIVE F/K/A UNITED
SUGARS CORPORATION, MICHIGAN
SUGAR COMPANY, CARGILL, INC.,
COMMODITY INFORMATION, INC.,
and RICHARD WISTISEN,

Defendants.

BW-SS, INC., individually and on behalf of
all others similarly situated,

Plaintiff,

v.

ASR GROUP INTERNATIONAL, INC.,
AMERICAN SUGAR REFINING, INC.,
DOMINO FOODS, INC., UNITED
SUGAR PRODUCERS & REFINERS
COOPERATIVE F/K/A UNITED
SUGARS CORPORATION, MICHIGAN
SUGAR COMPANY, CARGILL, INC.,
COMMODITY INFORMATION, INC.,
and RICHARD WISTISEN,

Defendants.

Case No. 0:24-cv-01047-JMB-ECW

BOCA BOTANA'S INC, on behalf of
themselves and all others similarly situated,

Plaintiff,

v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE F/K/A
UNITED SUGARS CORPORATION,
AMERICAN SUGAR REFINING, INC.,
ASR GROUP INTERNATIONAL, INC.,

Case No. 0:24-cv-01106-JMB-ECW

2

DOMINO FOODS, INC., CARGILL, INC.,
MICHIGAN SUGAR COMPANY,
COMMODITY INFORMATION, INC.,
and RICHARD WISTISEN,

       Defendants.

KING KULLEN GROCERY CO., INC.,
individually and on behalf of all others
similarly situated,

       Plaintiff,

v.

ASR GROUP INTERNATIONAL, INC.,
AMERICAN SUGAR REFINING, INC.,
DOMINO FOODS, INC., UNITED
SUGAR PRODUCERS & REFINERS
COOPERATIVE F/K/A UNITED
SUGARS CORPORATION, MICHIGAN
SUGAR COMPANY, CARGILL, INC.,
COMMODITY INFORMATION, INC.,
and RICHARD WISTISEN,

       Defendants.

Case No. 0:24-cv-01122-JMB-ECW

RALEIGH GOLDEN,

       Plaintiff,

v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE F/K/A
UNITED SUGARS CORPORATION,
AMERICAN SUGAR REFINING, INC.,
ASR GROUP INTERNATIONAL, INC.,
DOMINO FOODS, INC., CARGILL, INC.,
MICHIGAN SUGAR COMPANY,
COMMODITY INFORMATION, INC.,
and RICHARD WISTISEN,

       Defendants.

Case No. 0:24-cv-01129-JMB-ECW

PIALA LLC, on behalf of itself and all
others similarly situated,

Case No. 0:24-cv-01232-JMB-ECW

Plaintiff,

v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE F/K/A
UNITED SUGARS CORPORATION,
AMERICAN SUGAR REFINING, INC.,
ASR GROUP INTERNATIONAL, INC.,
DOMINO FOODS, INC., CARGILL, INC.,
MICHIGAN SUGAR COMPANY,
COMMODITY INFORMATION, INC.,
and RICHARD WISTISEN,

Defendants.

| | |
|---|---|
| THE UNION PUBLIC HOUSE, LLC, on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN SUGAR REFINING, INC., ASR GROUP INTERNATIONAL, INC., DOMINO FOODS, INC., MICHIGAN SUGAR COMPANY, UNITED SUGAR PRODUCERS & REFINERS COOPERATIVE F/K/A UNITED SUGARS CORPORATION, COMMODITY INFORMATION, INC., and RICHARD WISTISEN,<br><br>    Defendants. | Case No. 0:24-cv-01292-JMB-ECW |
| WILSON COFFEE HOUSE, LLC D/B/A LINDEN STREET COFFEE HOUSE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>ASR GROUP INTERNATIONAL, INC., AMERICAN SUGAR REFINING, INC., DOMINO FOODS, INC., UNITED | Case No. 0:24-cv-01322-JMB-ECW |

4

SUGAR PRODUCERS & REFINERS
COOPERATIVE F/K/A UNITED
SUGARS CORPORATION, MICHIGAN
SUGAR COMPANY, CARGILL, INC.,
COMMODITY INFORMATION, INC.,
and RICHARD WISTISEN,

     Defendants.

---

CORBOS DELI SOUTHSIDE, LLC; and
CORBO CORNER DELI, WEST LLC, on
behalf of themselves and all others similarly
situated,

     Plaintiff,

v.

UNITED SUGAR PRODUCERS &
REFINERS COOPERATIVE F/K/A
UNITED SUGARS CORPORATION,
AMERICAN SUGAR REFINING, INC.,
ASR GROUP INTERNATIONAL, INC.,
DOMINO FOODS, INC., CARGILL, INC.,
MICHIGAN SUGAR COMPANY,
COMMODITY INFORMATION, INC.,
and RICHARD WISTISEN,

     Defendants.

Case No. 0:24-cv-01370-JMB-ECW

**ORDER**

    This case is before the Court on the Joint Stipulated Motion to Postpone

Defendants' Responses to Complaints Pending the Judicial Panel of Multidistrict

Litigation's Decision on Motion to Transfer. Having considered the Stipulation, **IT IS**

**ORDERED** that:

1.      The parties' Motion to Postpone Defendants' Responses to Complaints Pending the Judicial Panel of Multidistrict Litigation's Decision on Motion to Transfer is **GRANTED**; and

2.      All proceedings as to Defendants, including the time to file any responsive pleadings or otherwise respond to the Complaints in the cases referenced in the parties' Motion and included here as Appendix A are stayed until the Panel has ruled on Plaintiffs' motion, and the Plaintiffs have filed a consolidated complaint, if any, whereupon the Parties will meet and confer to agree on a schedule; and

3.      If any Defendant answers, moves, or otherwise pleads with respect to a Complaint in a related case pending in any District, that Defendant will concurrently answer, move, or otherwise plead with respect to the Complaints in the cases listed in Appendix A.

4.      As it relates to Defendants that signed the Stipulated Motion to Postpone Defendants' Responses to Complaints Pending the Judicial Panel of Multidistrict Litigation's Decision on Motion to Transfer (ECF 30), service in one of the Related Actions is deemed service as to all of the Related Actions.


Dated:  April 26, 2024                    *s/Elizabeth Cowan Wright*
                                          ELIZABETH COWAN WRIGHT
                                          United States Magistrate Judge

6

## Appendix A

| Case Title | Case No. |
|---|---|
| *Up At 4, Inc. d/b/a Great Harvest Bread Co. v. ASR Group International, Inc., et al.* | 24-cv-00970 |
| *Morelos Bakery LLC, v. United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation, et al.* | 24-cv-00966 |
| *Quarterback Club and Gladys' Restaurant, LLC d/b/a Gladys' v. United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation, et al.* | 24-cv-01017 |
| *BW-SS, Inc. v. ASR Group International, Inc., et al.* | 24-cv-01047 |
| *Boco Botana's Inc. v. United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation, et al.* | 24-cv-01106 |
| *King Kullen Grocery Co., Inc. v. ASR Group International, Inc., et al.* | 24-cv-01122 |
| *Raleigh Golden v. United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation, et al.* | 24-cv-01129 |
| *Piala LLC v. United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation, et al.* | 24-cv-01232 |
| *Union Public House, LLC, v. American Sugar Refining, Inc. et al.* | 24-cv-01292 |
| *Wilson Coffee House LLC d/b/a Linden Street Coffee House v. ASR Group International, Inc., et al.* | 24-cv-1322 |
| *Corbos Deli Southside, LLC et al v. United Sugar Producers & Refiners Cooperative f/k/a United Sugars Corporation, et al.* | 24-cv-01370 |